# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

DEC 07 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| KISHA ESPARZA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-185 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

Kisha Esparza ("Esparza") has filed an Application for Leave to File a Second or Successive Motion to Vacate, Set Aside or Correct Sentence. A search of the docket for the United States District Court for the Southern District of Texas reveals no civil filings other than the instant case.

In response to Question No. 5 on the printed form, Esparza indicated that there had been no prior 28 U.S.C. § 2255 motions filed. All of this leads to the conclusion that Esparza filed the wrong form. Unless Esparza files the correct form to seek relief pursuant to 28 U.S.C. § 2255 on or before January 17, 2001 the undersigned will recommend to Senior United States District Judge Filemon B. Vela that this case be dismissed.

Done at Brownsville, Texas, this 6th day of December, 2000.

John Wm. Black
United States Magistrate Judge