3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

APR 2 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| KISHA ESPARZA, | § | |
| Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-185 |
| VS. | § | |
| | § | CRIMINAL NO. B-98-001-02 |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On December 6, 2000, Kisha Esparza ("Esparza") a federal prisoner confined at the Federal Medical Center, Carswell, Fort Worth, Texas filed an application for leave to File a Second or Successive Motion to Vacate, Set Aside or Correct Sentence 28 U.S.C. § 2255 by a Prisoner in Federal Custody (Docket No. 1). A search of the civil and criminal docket of this court did not reveal that there had ever been a § 2255 petition filed by Esparza. The application for successive motion is completely silent as to any basis for a § 2255 petition.[1]

On December 7, 2000, this court entered an Order (Docket No. 2) in which Esparza was advised that unless the proper form seeking relief pursuant to 28 U.S.C. § 2255 was filed prior to January 17, 2001, a recommendation to Senior United States District Judge Filemon B. Vela that this case be dismissed would be made. To date Esparza has filed nothing. It is recommended that this case be Dismissed.

IT IS THEREFORE RECOMMENDED that this case be **DISMISSED**.

---

[1]     Attached to the Motion are photocopies of pp. 391-392 of the Sentencing Guidelines dealing with U.S.S.G. 52K2.19 dealing with post sentence rehabilitative efforts. However, Esparza has not made any claims regarding post sentence rehabilitative efforts.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association,* 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 24th day of April, 2001.

John Wm. Black
United States Magistrate Judge